# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

NO. 2022 CW 0189

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL

**APRIL 8, 2022**

---

In Re: Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE: WELCH, THERIOT, AND PENZATO, JJ.**

**WRIT DENIED.**

MRT
AHP

**Welch, J.,** dissents and would grant the writ. The case management order issued by the district court applicable to this trial specifies that the trial is regarding the claims of Texas Brine Company, LLC for attorney's fees and costs against certain insurers "as alleged pre-2012 insurers of Texas Brine". Amounts paid by Zurich American Insurance Company and American Guarantee Liability & Insurance Company pursuant to insurance policies in effect between March 2012 and March 2013 are not relevant to the claims at issue in the trial scheduled on April 20, 2022. Accordingly, I would grant the motion in limine filed by Texas Brine Company, LLC and exclude evidence of payments by Zurich American Insurance Company and American Guarantee Liability & Insurance Company to Texas Brine Company, LLC pursuant to insurance policies in effect between March 2012 and March 2013.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT